UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SMITH,

                        Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE, PRESTIGE
EMPLOYEE ADMINISTRATORS, INC.,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/03/2023
```

No. 19 Civ. 00298 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    In light of Plaintiff David Smith's ("Plaintiff") response to the Court's Order to Show Cause (ECF No. 60), notifying the Court that Plaintiff intends to prosecute this action, and confirming that all discovery is complete, the Court's Order to Show Cause dated February 14, 2023 (ECF No. 59) is hereby VACATED.

    The parties are directed to file pre-motion letters in anticipation of making any dispositive motion on or before March 10, 2023. Responses thereto shall be filed on or before March 14, 2023. The parties are also directed to email copies of their pre-motion letters to chambers. Alternatively, if no party intends to file dispositive motions, they are directed to advise the Court in writing by March 10, 2023.

Dated:   March 3, 2023                                    SO ORDERED:
           White Plains, NY

                                                                NELSON S. ROMÁN
                                                     United States District Judge